# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KAHN *and* AARK ENTERPRISE LLC *d/b/a* MAUDLIN'S, *individually and on behalf of all others similarly situated*, | 1:20-cv-781 |
| Plaintiffs, | |
| v. | Hon. John E. Jones III |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

### February 8, 2021

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Pennsylvania National Mutual Casualty Insurance Company's Motion to Dismiss, (Doc. 31), is **GRANTED**.

2. Plaintiff' Amended Complaint, (Doc. 22), is **DISMISSED.**

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania